UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21421-CV-KING

JOAN ANDRE,

    Plaintiff,

v.

CCB CREDIT SERVICES, INC.,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Ted E. Bandstra's July 21, 2010 Report and Recommendation (DE #35) on Defendant's Verified Motion for Attorneys' Fees (DE #23), filed May 17, 2010. Any objections to the Report and Recommendation were due by August 9, 2010. Neither party filed objections.

After a careful review of Defendant's motion and the arguments and legal authorities cited therein, the Court concludes that Magistrate Judge Bandstra's Report and Recommendation is a thorough and accurate reflection of both the record and the law at issue. Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that:

    1. Magistrate Judge Bandstra's Report and Recommendation (DE #35) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

    2. Defendant's Verified Motion for Attorneys' Fees (DE #23) is hereby **DENIED**.

    3. All pending motions are **DENIED** as **MOOT.**

    4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 12th day of August, 2010.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:

**Counsel for Plaintiff**
**James David Pacitti, Esq.**
Krohn & Moss Ltd
10474 Santa Monica Boulevard
Suite 401
Los Angeles, CA 90025
323-988-2400
Fax: 866-802-0021
Email: jpacitti@consumerlawcenter.com

**Matthew William Kiverts, Esq.**
Krohn & Moss Ltd
120 W Madison
10th Floor
Chicago, IL 60602
Email: mkiverts@consumerlawcenter.com

**Counsel for Defendants**
**Dale Thomas Golden, Esq.**
Golden & Scaz PLLC
2124 W Kennedy Boulevard
Suite A
Tampa, FL 33606
813-251-5500
Fax: 813-251-3675
Email: dale.golden@goldenscaz.com

*Judge Boustra*